UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY STUART BEASLEY ,

               Petitioner,

v.

RON HAYNES ,

               Respondent.

Case No. 2:22-258-RAJ-TLF

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

1. The Magistrate Judge's report and recommendation is approved and adopted;

2. Petitioner's federal habeas corpus petition is DISMISSED with prejudice; and the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 6th day of June, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge